No. 627. CHICAGO, BURLINGTON & QUINCY RAILWAY COMPANY, PETITIONER, *v.* ERASTUS W. WILLARD, ADMINISTRATOR,

ETC.  December 7, 1908.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted.  *Mr. Albert J. Hopkins* for petitioner.  *Mr. Arthur J. Eddy* and *Mr. E. C. Wetten* for respondent.